# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

ANA L CRUZ FELICIANO

Case No.  11-00299-ESL

Chapter 13      Attorney Name:  MARILYN VALDES ORTEGA*

---

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [ ✓ ] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ✓ ] Present | [ ] Absent |

[ ] Pro-se

[ ] Substitute _____

Date:  February 25, 2011

Time: 11:54 AM  Track: _n/R_

[ ] This is debtor(s) _2_ Bankruptcy filing.

Liquidation Value:  _____

Creditors _____ None _____

_____

_____

_____

**II. Oath Administered**
[ ✓ ] Yes        [ ] No

**III. Documents Filed/Provided**

[ ✓ ] Schedules

[ ✓ ] Statement of Financial Affairs (SOFA)

[ ✓ ] Statement of Current Monthly Income (SCMI)

[ ✓ ] Credit counseling briefing certificate (CCC)

   [ ] Waiver requested by debtor(s)

[ ] DSO Certificate

[ ] DSO Recipient's information

[ ✓ ] State Tax Returns _07-09_ [ ✓ ] Returned

[ ] Federal Tax Returns _____ [ ] Returned

[ ] Evidence of income (60 days prior to petition)

---

**IV. Status of Meeting**   [ ] Closed       [ ] Not Held     [ ✓ ] Continued _____ at _____

**V. Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test   (I & J)
[ ] No provision for secured creditor(s)

_____

_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ✓ ] Tax returns missing
   [ ✓ ] State  - years _2010_
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

_→ Held but left open pursuant to Sec 1308 and debtor's request for 30 days. On March 28, 2011 this meeting of creditors will be deemed closed._

In re:

ANA L CRUZ FELICIANO

Case No. 11-00299-ESL

Chapter 13      Attorney Name: MARILYN VALDES ORTEGA*

---

## VI. Plan (Cont.)

Date: _February 23, 2011_  Base $ _57,200._  [X] Filed    Evidence of Pmt shown: _____

Payments _I_ made out of _I_ due.   [ ]  Not Filed

---

**VII. Confirmation Hearing Date:** March, 30, 2011

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $ 230.00   = $ 2,770.00

---

IX. Documents to be provided w/in _____ days

[ ] Amended schedules _____

[ ] Insurance estimate

_____

[ ] Assumption/Rejection executory contract

_____

[ ] Appraisal _____

_____

[ ] State tax returns years _____

[ ] Federal tax returns years _____

[ ] Correct SS # (Form B21)

  [ ] Debtor  [ ] Joint debtor

[ ] Other:

_____

_____

[ ] Amended S.O.F.A. _____

[ ] Amended plan

[ ] Business Documents

  [ ] Monthly reports for the months

_____

_____

[ ] Public Liability Insurance

  [ ] Premises_____

  [ ] Vehicle(s)_____

[ ] Licenses issued by:

_____

_____

---

[ ] M.T.D. to be filed by Trustee:  Debtor(s): [ ] failed to appear;  [ ] failed to commence payments;

[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____

[ ] Other:_____  (3) Debtor has proposed value of collateral in plan but no adversary proc has been filed. Debtor to address this issue.

---

COMMENTS

Note: Debtor advised to find out with Treasury Dpt if she needs IVU certificate for new job

(1) Amend SCMI to reflect gross income including PAN benefits. Gross income should reflect $2,637.33 as per evidence of income.

_____  Date: **February 25, 2011**

**Trustee/Presiding Officer**                                    (Rev.

(2) Plan appears to have a feasibility problem. Plan propose $20,000 fr. refinancing of apt, but no equity